UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDGE JOHN DOE, | * | CIVIL ACTION NO. 2:16-cv-01563 |
|     Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE CARL BARBIER |
| | * | |
| THE JUDICIARY COMMISSION | * | MAGISTRATE JUDGE |
| OF LOUISIANA AND | * | KAREN WELLS ROBY |
| THE MEMBERS OF | * | |
| THE JUDICIARY COMMISSION | * | |
| OF LOUISIANA, | * | |
|     Defendants | * | |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiff, Judge John Doe (the" Judge"), proceeding under a pseudonym consistent with Louisiana Supreme Court Rule 23, Section 23(a) and the actions of the Louisiana Supreme Court, to represent that no answer or motion for summary judgment has been filed in the above-captioned action and to give notice the same action is hereby voluntarily dismissed, without prejudice, consistent with F.R.C.P. 41(a)(1)(A)(i).

DATED: April 8, 2016

Respectfully submitted,

/s/ *Normand F. Pizza*
Normand F. Pizza (#8692) (T.A.)
Thomas S. Schneidau (#33359)
MILLING BENSON WOODWARD L.L.P.
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:    985-871-3924
Facsimile:    985-871-6957
E-mails:    npizza@millinglaw.com
        tschneidau@millinglaw.com
*Counsel for the Judge*

Page **1** of **2**

435865

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on April 8, 2016, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established; and, further, that a copy of the above and foregoing was sent, via U.S. mail and electronic mail, to counsel for the Judiciary Commission of Louisiana, Kelly Legier, on the same date.

/s/ *Normand F. Pizza*
Normand F. Pizza

435865